UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Haydee Majado                          Case No.    12-55397
                                              Chapter 13
                                              Judge:      McIvor

Debtors
_____/

**STIPULATION FOR ENTRY OF ORDER ALLOWING DEBTORS TO ENTER INTO PERMANENT MORTGAGE LOAN MODIFICATION WITH CREDITOR, NATIONSTAR MORTGAGE LLC, AND MODIFYING CHAPTER 13 PLAN**

Debtors, Haydee Majado; Creditor, Nationstar Mortgage LLC; and the Standing Chapter 13 Trustee, David Ruskin, hereby stipulate to entry of an Order Allowing Debtors to Enter Into Permanent Mortgage Loan Modification With Creditor, Nationstar Mortgage LLC, and Modifying Chapter 13 Plan in the form attached as Exhibit "A".

| | |
|---|---|
| /s/Thomas Decarlo | /s/William Babut |
| David William Ruskin | William Babut |
| Chapter 13 Standing Trustee | Attorney for Debtors |
| 1100 Travelers Tower | 700 Towner Street |
| 26555 Evergreen Road | Ypsilanti, Michigan 48198 |
| Southfield, MI 48076-4251 | 734-485-7000 |
| (248) 352-7755 | |

/s/Brett Border
Brett Border P65534
bborder@sspclegal.com
SCHNEIDERMAN AND SHERMAN, P.C.
Attorney for Creditor
23938 Research Drive, Ste. 300
Farmington Hills, MI 48335
(248) 539-7400

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Haydee Majado  Case No.  12-55397
 Chapter 13
 Judge:  McIvor

Debtors
_____/

## ORDER ALLOWING DEBTORS TO ENTER INTO PERMANENT MORTGAGE LOAN MODIFICATION WITH CREDITOR, NATIONSTAR MORTGAGE LLC, AND MODIFYING CHAPTER 13 PLAN

THIS CAUSE came before the Court on the Stipulation of Debtor; Creditor, Nationstar Mortgage LLC ("Creditor"); and the Standing Chapter 13 Trustee, David Wm. Ruskin, for entry of an Order Allowing Debtors to Enter Into Permanent Mortgage Loan Modification with Creditor, Nationstar Mortgage LLC, and Modifying Chapter 13 Plan, and this Court, having reviewed the Stipulation and proposed Order, having determined that entry of this Order is consistent with the provisions of Title 11, United States Code, having determined that entry of this Order is not adverse to any party in interest, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:
1. Debtors' Permanent Loan Modification with Creditor is approved as follows:
   a. Effective June 1, 2014, the outstanding principal balance under the Mortgage Loan is $42,909.57.
   b. The maturity date of the Mortgage Loan is June 1, 2054.
   c. The interest rate on the outstanding balance is 6.875% per annum. This rate is fixed for the remainder of the loan term.
   d. Effective June 1, 2014, Debtors' ongoing Class 2 mortgage payment shall be $262.77 per month, including Principal and Interest plus escrow amounts for property insurance and property taxes. The payment amount shall be subject to future adjustments for changes in insurance and taxes as provided for in the mortgage and consistent with the requirements of applicable Federal and State Law.
   e. The property securing this mortgage is located at 441 Greenlawn, Ypsilanti, Michigan 48198.

2. Effective June 1, 2014, payments pursuant to the Loan Modification approved in this Order shall be made by the Chapter 13 Trustee, addressed to 350 Highland Dr., Louisville, TX 75067. Trustee shall make these payments as part of the Trustee's normal disbursement cycle and consistent with the terms of Debtor's (s') confirmed plan as modified herein.

3. Upon the conclusion of Debtor's (s') Chapter 13 case, whether by discharge, conversion, dismissal or otherwise, Debtor(s) shall be responsible for making all future payment pursuant to the terms of the Mortgage Loan documents.

4. The Mortgage Loan shall be deemed contractually current as of June 1, 2014. The Chapter 13 Trustee shall not make further disbursements on any accrued but unpaid balance on Creditor's Class 2 post-petition mortgage payments or on Creditor's Class 4 pre-petition arrearage claim accruing prior to the date stated in this Paragraph 4.

5. Except as modified in this Order, the terms and conditions of the Loan and Mortgage documents between Debtors and Creditor shall remain in full force and effect.

6. The treatment of the claim of Creditor in Debtors' Chapter 13 Plan as confirmed (and as modified, if at all) is modified as necessary to comply with the provisions of this Order, including but not limited to, the change in Creditor's Class 2 mortgage payment and suspension of disbursements on Creditor's Class 4 pre-petition arrearage claim.

7. Entry of this Order is without prejudice to debtor filing any further plan modification that debtor deems appropriate.

IT IS FURTHER Ordered and adjudged that except as expressly modified herein, Debtors' Plan as confirmed (and as later modified, if at all) shall remain in full force and effect.